**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 19, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Wingard v. Countrywide Home Loans, Inc.
      Civil Action No. 2:07cv00904-TFM

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now **2:07cv00904-MHT**. This new case number should be used on all future correspondence and pleadings in this action.