IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DIANA WINGARD,** | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.<br>07-CV-904-TFM |
| **COUNTRYWIDE HOME LOANS,** | |
| Defendant. | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Defendant, Countrywide Home Loans, Inc., and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Countrywide Financial Corporation | Parent company |

s//Kary Bryant Wolfe
Kary Bryant Wolfe  (ASB-5034-O71K)

Attorney for Defendant

OF COUNSEL
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2007, I electronically filed the foregoing Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Keith Anderson Nelms
Law Offices of Jay Lewis, LLC
847 S. McDonough St. Ste. 100
Montgomery, AL 36104

                                                s//Kary Bryant Wolfe
                                                Of Counsel