IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DIANA WINGARD, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>COUNTRYWIDE HOME LOANS, )<br>INC., a foreign )<br>corporation licensed and )<br>doing business in the )<br>State of Alabama, )<br>)<br>  Defendant. ) | CIVIL ACTION NO.<br>2:07cv904-MHT |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 5) is set for submission, without oral argument, on November 16, 2007, with all briefs and evidentiary materials due by said date.

DONE, this the 5th day of November, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE