IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DIANA WINGARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv904-MHT |
| | ) | |
| COUNTRYWIDE HOME LOANS, | ) | |
| INC., a foreign | ) | |
| corporation licensed and | ) | |
| doing business in the | ) | |
| State of Alabama, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that the motion to dismiss (Doc. No. 13) is set for submission, without oral argument, on December 18, 2007, with all briefs due by said date.

DONE, this the 27th day of November, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE