IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DIANA WINGARD,** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION NO.** **07-CV-904-TFM** |
| **COUNTRYWIDE HOME LOANS,** | |
| **Defendant.** | |

## MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT

COMES NOW Defendant, Countrywide Home Loans, Inc. ("CHL"), and moves this Court for leave to file a reply to Plaintiff's Response to Defendant's Motion to Dismiss Amended Complaint. In support of this Renewed Motion, CHL says as follows:

1. In its Order of November 27, 2007, the Court set December 18, 2007 as the deadline for filing all briefs on Defendant's Motion to Dismiss Amended Complaint.

2. Plaintiff filed her Response to the Motion to Dismiss Amended Complaint on December 18.

3. CHL respectfully requests leave to file a brief reply to Plaintiff's Response. CHL proposes to file said reply by December 21, 2007.

WHEREFORE, Countrywide Home Loans respectfully moves this Court for leave to file a reply brief on the Motion to Dismiss Amended Complaint.

s//Kary Bryant Wolfe
Kary Bryant Wolfe (ASB-5034-O71K)
Attorney for Defendant

OF COUNSEL
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Keith Anderson Nelms
Law Offices of Jay Lewis, LLC
847 S. McDonough St. Suite 100
Montgomery, AL 36104

                        s//Kary Bryant Wolfe
                        Of Counsel