IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DIANA WINGARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv904-MHT |
| ) | |
| COUNTRYWIDE HOME LOANS, ) | |
| INC., a foreign ) | |
| corporation licensed and ) | |
| doing business in the ) | |
| State of Alabama, ) | |
| ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the motion for leave to file reply (Doc. No. 16) is granted.

DONE, this the 20th day of December, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE