IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DIANA WINGARD,** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION NO.** <br> **07-CV-904-TFM** |
| **COUNTRYWIDE HOME LOANS,** | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

COMES NOW J.W. Carpenter, of the law firm Walston, Wells & Birchall, LLP, and files this Notice of Appearance as counsel of record for Defendant Countrywide Home Loans, Inc. in the above-styled cause of action.

/s/ J.W. Carpenter
J.W. Carpenter
Attorney for Countrywide Home Loans, Inc.

OF COUNSEL:

Walston Wells & Birchall, LLP
1819 5th Ave. North, Suite 1100 (35203)
P.O. Box 830642
Birmingham, AL 35283-0642
Telephone: (205) 244-5200
Facsimile:  (205) 244-5400

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Keith Anderson Nelms
Law Offices of Jay Lewis, LLC
847 S. McDonough St. Ste. 100
Montgomery, AL 36104

                                          s/ J.W. Carpenter
                                          Of Counsel