IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DIANA WINGARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv904-MHT |
| | ) | (WO) |
| COUNTRYWIDE HOME LOANS, | ) | |
| INC., a foreign | ) | |
| corporation licensed and | ) | |
| doing business in the | ) | |
| State of Alabama, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that defendant Countrywide Home Loans, Inc.'s motions to dismiss (Doc. Nos. 5 & 13) are granted and that this lawsuit is dismissed in its entirety without prejudice.

It is further ORDERED that costs are taxed against plaintiff Diana Wingard, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 18th day of September, 2008.**

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**